## CERTIFICATE OF SERVICE

I, __Jennifer R. Hoover_____, certify that I am, and at all times during the service of process was,
(name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __December 18, 2025_____ by:
(date)

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Hudson 1701/1706, LLC
c/o Parkview Financial REIT, LP
11440 San Vicente Boulevard, 2nd Floor
Los Angeles, CA 90049
Attention: Paul Rahimian and Ted Jung

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
(name of state)
as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

__12/18/2025__                                   __/s/ Jennifer R. Hoover_____
Date                                                          Signature

Print Name: Jennifer R. Hoover

Business Address: 1313 North Market Street, Suite 1201

City: Wilmingon     State: DE     Zip: 19801