## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HUDSON 1701/1706, LLC, *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered) |
| FIRST AMERICAN TITLE INSURANCE COMPANY, solely as Escrow Agent and not in its individual capacity,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>HUDSON 1701/1706, LLC, HUDSON 1702, LLC, ALBERTO SMEKE SABA, SALOMON SMEKE SABA, CSC HUDSON LLC, and PARKVIEW FINANCIAL REIT, LP,<br><br>　　　　　　　　　Defendants. | Adv. No. 25-52468 (KBO) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

　　　　Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Elizabeth T. Ferrick, Esq. of Dentons US LLP, to represent First American Title Insurance Company, in the above-captioned case.

Dated:  December 26, 2025　　　　　　　　　 */s/ Jennifer R. Hoover*
　　　　 Wilmington, Delaware　　　　　　　　Jennifer R. Hoover (DE #5111)
　　　　　　　　　　　　　　　　　　　　　　　Benesch, Friedlander, Coplan & Aronoff LLP
　　　　　　　　　　　　　　　　　　　　　　　1313 North Market Street, Suite 1201
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 442-7010
　　　　　　　　　　　　　　　　　　　　　　　E-Mail: jhoover@beneschlaw.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Illinois and Missouri and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  December 26, 2025         */s/ Elizabeth T. Ferrick*
       St. Louis, Missouri              Elizabeth T. Ferrick, Esq.
                                                     101 South Hanley Road
                                                     Suite 600
                                                     St. Louis, Missouri 63105
                                                     Telephone: (314) 259-5910
                                                     Email: elizabeth.ferrick@dentons.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.