# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HUDSON 1701/1706, LLC, *et al.*,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered) |
| FIRST AMERICAN TITLE INSURANCE COMPANY, solely as Escrow Agent and not in its individual capacity,<br><br>                  Plaintiff,<br><br>                  v.<br><br>HUDSON 1701/1706, LLC, HUDSON 1702, LLC, ALBERTO SMEKE SABA, SALOMON SMEKE SABA, CSC HUDSON LLC, and PARKVIEW FINANCIAL REIT, LP,<br><br>                  Defendants. | Adv. No. 25-52468 (KBO) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Elizabeth T. Ferrick, Esq. of Dentons US LLP, to represent First American Title Insurance Company, in the above-captioned case.

Dated: December 26, 2025  
       Wilmington, Delaware

        */s/ Jennifer R. Hoover*  
        Jennifer R. Hoover (DE #5111)  
        Benesch, Friedlander, Coplan & Aronoff LLP  
        1313 North Market Street, Suite 1201  
        Wilmington, Delaware 19801  
        Telephone: (302) 442-7010  
        E-Mail: jhoover@beneschlaw.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Illinois and Missouri and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: December 26, 2025  /s/ Elizabeth T. Ferrick
St. Louis, Missouri  Elizabeth T. Ferrick, Esq.
101 South Hanley Road
Suite 600
St. Louis, Missouri 63105
Telephone: (314) 259-5910
Email: elizabeth.ferrick@dentons.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: December 29th, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE