# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HUDSON 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered) |
| FIRST AMERICAN TITLE INSURANCE COMPANY, solely as Escrow Agent and not in its individual capacity,<br><br>Plaintiff,<br><br>v.<br><br>HUDSON 1701/1706, LLC, HUDSON 1702, LLC, ALBERTO SMEKE SABA, SALOMON SMEKE SABA, CSC HUDSON LLC, and PARKVIEW FINANCIAL REIT, LP,<br><br>Defendants. | Adv. No. 25-52468-KBO<br><br><br><br><br><br>RE: A.D.I. 12, 13 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Jennifer R. Hoover, Esq., hereby certify that copies of *Plaintiff's Motion to Authorize Deposit of Interpleader Funds into the Registry of the Court and to Discharge Plaintiff from the Interpleader Action* [A.D.I. 12] and the *Memorandum of Law in Support of Plaintiff's Motion to Authorize Deposit of Interpleader Funds into the Registry of the Court and to Discharge Plaintiff from the Interpleader Action* [A.D.I. 13] were served on December 30, 2025 via U.S. Mail on the parties listed below:

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190).

| | |
|---|---|
| Alberto Smeke Saba<br>459 Columbus Avenue, Unit #1082<br>New York, New York 10024 | Salomon Smeke Saba<br>459 Columbus Avenue, Unit #1082<br>New York, New York 10024 |
| CSC Hudson LLC<br>459 Columbus Avenue, Unit #1082<br>New York, New York 10024<br>Attn: Alberto Smeke Saba and Salomon Smeke Saba | Hudson 1701/1706, LLC<br>c/o Parkview Financial REIT, LP<br>11440 San Vicente Boulevard, 2nd Floor<br>Los Angeles, CA 90049<br>Attn: Paul Rahimian and Ted Jung |
| Hudson 1702, LLC<br>c/o Parkview Financial REIT, LP<br>11440 San Vicente Boulevard, 2nd Floor<br>Los Angeles, CA 90049<br>Attn: Paul Rahimian and Ted Jung | Parkview Financial REIT, LP<br>11440 San Vicente Boulevard, 2nd Floor<br>Los Angeles, CA 90049<br>Attn: Paul Rahimian and Ted Jung |

Dated:  December 30, 2025

**BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP**

 /s/ Jennifer R. Hoover
Jennifer R. Hoover, Esq. (DE No. 5111)
Juan E. Martinez, Esq. (DE No. 6863)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7006
Email: jhoover@beneschlaw.com
           jmartinez@beneschlaw.com

-and-

**DENTONS US LLP**

Lynn P. Harrison III, Esq. (*pro hac vice* forthcoming)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile:  (212) 768-6800
Email: lynn.harrisoniii@dentons.com

Elizabeth T. Ferrick, Esq. (*pro hac vice*)
101 South Hanley Road
Suite 600
St. Louis, Missouri 63105
Telephone: (314) 259-5910
Email: elizabeth.ferrick@dentons.com

*Counsel to First American Title Insurance Company*