# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706, LLC, *et al.*,[1] | Case No. 25-11853 (KBO) |
| Debtors. | (Jointly Administered) |
| FIRST AMERICAN TITLE INSURANCE COMPANY, solely as Escrow Agent and not in its individual capacity, | Adv. Pro. No. 25-52468 (KBO) |
| Plaintiff, | |
| v. | |
| HUDSON 1701/1706, LLC, HUDSON 1702, LLC, ALBERTO SMEKE SABA, SALOMON SMEKE SABA, CSC HUDSON LLC and PARKVIEW FINANCIAL REIT, LP, | |
| Defendants. | |

**DEBTORS' JOINDER TO PLAINTIFF FIRST AMERICAN TITLE INSURANCE COMPANY'S MOTION TO AUTHORIZE DEPOSIT OF INTERPLEADER FUNDS INTO REGISTRY OF COURT AND TO DISCHARGE PLAINTIFF FROM <u>INTERPLEADER ACTION</u>**

Defendants Hudson 1701/1706, LLC and Hudson 1702, LLC (the "**Debtors**"), hereby join Plaintiff First American Title Insurance Company's ("**Plaintiff**") *Motion to Authorize Deposit of Interpleader Funds into the Registry of the Court and to Discharge Plaintiff from the Interpleader Action* (the "**Motion**") [Adv. Pro. Dkt. No. 12].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

The Debtors, as parties to the Escrow Agreement[2], support the requested relief to deposit the Interpleader Funds with the Registry of the Court as the Interpleader Funds are property of the Debtors' estates. The Debtors further support the discharging of First American from the Interpleader Action. The Debtors reserve all rights and remedies with respect to the Complaint for Interpleader [Adv. Pro. Dkt. No. 1] and related adversary proceeding.

Dated: January 7, 2026
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Aaron J. Bach (No. 7364)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:   chipman@chipmanbrown.com
        olivere@chipmanbrown.com
        bach@chipmanbrown.com
        maser@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*

---

[2] Capitalized terms used but not otherwise defined shall have the same meaning ascribed in the Motion.