**<u>Exhibit A</u>**

**Proposed Order**

Case 25-52468-KBO    Doc 20-1    Filed 01/09/26    Page 1 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HUDSON 1701/1706, LLC, *et al.*,[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered) |
| FIRST AMERICAN TITLE INSURANCE COMPANY, solely as Escrow Agent and not in its individual capacity,<br><br>                   Plaintiff,<br><br>                   v.<br><br>HUDSON 1701/1706, LLC, HUDSON 1702, LLC, ALBERTO SMEKE SABA, SALOMON SMEKE SABA, CSC HUDSON LLC, and PARKVIEW FINANCIAL REIT, LP,<br><br>                   Defendants. | Adv. No. 25-52468-KBO<br><br><br><br><br><br><br>**RE: D.I. \_\_\_** |

### ORDER GRANTING FIRST AMERICAN TITLE INSURANCE COMPANY'S EMERGENCY MOTION TO ADJOURN HEARING ON PLAINTIFF'S MOTION TO AUTHORIZE DEPOSIT OF INTERPLEADER FUNDS AND RESERVATION OF RIGHTS

Upon consideration of First American Title Insurance Company's *Emergency Motion to Adjourn Hearing on Plaintiff's Motion to Authorize Deposit of Interpleader Funds and Reservation of Rights* [D.I. \_\_] (the "Motion");[2] and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein under 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for*

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190).

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

*the District of Delaware* dated as of February 29, 2012; and the Court having found that venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409; and the Court having found that due and proper notice of the Motion was provided and that such notice was adequate and appropriate under the particular circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the Motion having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The hearing on the Motion is hereby adjourned to February 12, 2026, at 10:30 a.m. (ET).

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or enforcement of this Order.