# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HUDSON 1701/1706, LLC, *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered) |
| FIRST AMERICAN TITLE INSURANCE COMPANY, solely as Escrow Agent and not in its individual capacity,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>HUDSON 1701/1706, LLC, HUDSON 1702, LLC, ALBERTO SMEKE SABA, SALOMON SMEKE SABA, CSC HUDSON LLC, and PARKVIEW FINANCIAL REIT, LP,<br><br>　　　　　　　　　　Defendants. | Adv. No. 25-52468 (KBO) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

　　　　Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Lynn P. Harrison III, Esq. of Dentons US LLP, to represent First American Title Insurance Company, in the above-captioned cases.

Dated:  January 9, 2026　　　　　　　　　 */s/ Jennifer R. Hoover*
　　　　 Wilmington, Delaware　　　　　　　Jennifer R. Hoover (DE #5111)
　　　　　　　　　　　　　　　　　　　　　Benesch, Friedlander, Coplan & Aronoff LLP
　　　　　　　　　　　　　　　　　　　　　1313 North Market Street, Suite 1201
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 442-7010
　　　　　　　　　　　　　　　　　　　　　E-Mail: jhoover@beneschlaw.com

28085417

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  January 9, 2026  　　　　　　　　 */s/ Lynn P. Harrison III*
　　　　New York, New York　　　　　　　Lynn P. Harrison III, Esq.
　　　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, New York  10020-1089
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 768-5325
　　　　　　　　　　　　　　　　　　　　Email: lynn.harrisoniii@dentons.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: January 12th, 2026**　　　　　　　　**KAREN B. OWENS**
**Wilmington, Delaware**　　　　　　　　　　**CHIEF JUDGE**