IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HUDSON 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered) |
| FIRST AMERICAN TITLE INSURANCE COMPANY, solely as Escrow Agent and not in its individual capacity,<br><br>Plaintiff,<br><br>v.<br><br>HUDSON 1701/1706, LLC, HUDSON 1702, LLC, ALBERTO SMEKE SABA, SALOMON SMEKE SABA, CSC HUDSON LLC, and PARKVIEW FINANCIAL REIT, LP,<br><br>Defendants. | Adv. No. 25-52468-KBO<br><br><br><br>RE: D.I. 20, 21 |

**ORDER PURSUANT TO BANKRUPTCY RULE 9006(c) AND LOCAL RULE 9006-1(e) SHORTENING THE NOTICE PERIOD FOR EMERGENCY MOTION TO ADJOURN HEARING ON PLAINTIFF'S MOTION TO AUTHORIZE DEPOSIT OF INTERPLEADER FUNDS AND RESERVATION OF RIGHTS**

Upon the motion (the "Motion")[2] of First American Title Insurance Company ("First American") for entry of an order (this "Order"): (a) shortening the time for notice of the hearing to consider approval of the Adjournment Motion so that the matter may be heard at the omnibus hearing currently scheduled for January 13, 2026, at 1:00 p.m. (ET) (the "Proposed Hearing Date") and (b) setting a deadline of 4:00 p.m. (prevailing Eastern time) on the day prior to the Proposed

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190).

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

Hearing Date (the "<u>Proposed Objection Deadline</u>") for objections or responses to the relief requested in the Adjournment Motion; all as more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. §157(b); and the Court having found that First American's notice of the Motion was appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

  **IT IS HEREBY ORDERED THAT:**

  1. The Motion is GRANTED, as set forth herein.

  2. A hearing on the Adjournment Motion shall be held on January 13, 2026, at 1:00 p.m. (ET) (the "<u>Hearing</u>").

  3. Objections or responses to the relief requested in the Adjournment Motion shall be filed no later than 4:00 p.m. (ET) on the day prior to the Hearing.

  4. Any replies to timely filed objections to the Adjournment Motion may be raised at the Hearing.

  5. First American is authorized and empowered to take all actions necessary to implement the relief granted in the Order without further notice or order of the Court.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: January 12th, 2026
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE