# SIGN – IN SHEET

CASE NAME: Hudson 1701/1706, LLC  COURTROOM: 3
CASE NO.: 25-11853-KBO  DATE: January 13, 2026 at 1:00 PM

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lynn Harrison | Bentons | First American Title |
| Jennifer Hoover | Benesch | First American Title |
| William E Chipman Jr | Chipman | Debtors |
| Adam Cole | Chipman | Debtors |
| Hank Oliver | Chipman |  |
| Neal Kirshner | DLA Piper | Debtors |
| David R Ivy |  |  |
| Stuart Brown |  |  |
| Malcolm Bates | US Trustee's Office | US Trustee |
| Matthew McGuire | Landis Rath & Cobb | 356W58 Ground Lessor LLC |
| Michael Schein | Vedder Price | Alberto and Salomon Smeke DSC |
| Matthew Ward | Womble |  |

Hudson 1701/1706, LLC, *et al.*
Case No. 25-11853 (KBO)
Hearing on January 13, 2026 at 1:00 p.m.

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Robert | Gayda | Official Committee of Unsecured Creditors | Seward & Kissel LLP |
| Catherine | LoTempio | Official Committee of Unsecured Creditors | Seward & Kissel LLP |
| Thomas Ross | Hooper | Official Committee of Unsecured Creditors | Seward & Kissel LLP |
| Eric | Monzo | Official Committee of Unsecured Creditors | Morris James LLP |
| Samantha | Rodriguez | Official Committee of Unsecured Creditors | Morris James LLP |

| First Name | Middle Name | Last Name | Email Address | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Rep | Case Number | Short Title | Via |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elizabeth | T. | Ferrick | elizabeth.ferrick@dentons.com | Dentons US LLP | 101 South Hanley Road | Suite 600 | St. Louis | MO | 63105 | (314) 259-5910 | First American Title Insurance Company | 25-52468-KBO | First American Title Insurance Company v. Hudson 1701/1706, LLC et al | Video and Audio |
| LouAnne | | Molinaro | lmolinaro@beneschlaw.com | Benesch, Friedlander, Coplan & Aronoff LLP | 1313 N. Market Street | Suite 1201 | Wilmington | DE | 19801 | (302) 442-7066 | First American Title Insurance Company | 25-52468-KBO | First American Title Insurance Company v. Hudson 1701/1706, LLC et al | Video and Audio |
| Rick | | Archer | richard.archer@law360.com | Law360 | 508 Woodland Hills Road | | White Plains | NY | 10603 | 9.14E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Javier | | Arosemena | jarosemena@provincefirm.com | Province | 16830 Ventura Blvd | Ste 300 | Encino | CA | 91436 | 3.24E+09 | UCC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Kirk | L | Brett | kbrett@adlerstachenfeld.com | ADLER & STACHENFELD LLP | 555 Madison Avenue | 6th floor | New York | NY | 10022 | 2.13E+09 | 356W58 Ground Lessor LLC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Frederick | | Chin | fchin@provincefirm.com | Province | 445 Park Ave | | New York | NY | 10022 | 3.11E+09 | UCC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Stephanie | B. | Cohen | stephanie.cohen@us.dlapiper.com | DLA Piper LLP (US) | 444 West Lake Street | Suite 900 | Chicago | IL | 60606 | 3.12E+09 | Debtors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Catherine | | Corey | catherine@9fin.com | | 104 Willow Glen Dr | | Kennett Square | PA | 19348 | 9.18E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Katherine | S. | Dute | dute@lrclaw.com | Landis Rath & Cobb LLP | 919 North Market Street | Suite 1800 | Wilmington | DE | 19801 | 302-467-4422 | 356W58 Ground Lessor LLC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Lauren | | Eastburn | leastburn@potteranderson.com | Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | | Wilmington | DE | 19801 | 302-984-6000 | Fitness International, LLC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Brad | | Foster | brad.foster@fticonsulting.com | FTI Consulting | 11811 N. Tatum Blvd | Suite 3031 | Phoenix | AZ | 85028 | 850-428-1971 | Debtors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Clara | | Geoghegan | clara.geoghegan@law360.com | Law360 | 111 West 19th Street 5th Floor | | New York | NY | 10011 | 3.04E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |

| First | M | Last | Email | Firm | Address | Suite | City | State | Zip | Phone | Client | Case | Debtor | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cynthia | | Giobbe | cindy.giobbe@wbd-us.com | Womble Bond | 1313 N. Market Street | Suite 1200 | Wilmington | DE | 19709 | 3.02E+09 | Alberto Smeke Saba and Salomon Smeke Saba | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Uday | | Gorrepati | uday.gorrepati@gmail.com | | 2725 Turtle Ridge Drive | | Bloomfield Township | MI | | 313-284-7244 | | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Taylor | | Harrison | taylor.harrison@iongroup.com | | 1345 Sixth Avenue | | New York | NY | 10105 | 8.6E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Sheridan | | Hill | shill@potteranderson.com | Potter Anderson & Corroon LLP | 1313 N. Market Street | | Wilmington | DE | 19801 | 302-984-6000 | Fitness International, LLC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Andrew | | Hinkleman | andrew.hinkelman@fticonsulting.com | FTI Consulting | 50 California Street | Suite 1900 | San Francisco | CA | 94111 | 415-283-4214 | Debtors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Robbin | | Itkin | robbin@robbinitkinsolutions.com | Robbin Itkin Sollutions | 11440 San Vicente Blvd | Second Floor | Los Angeles | CA | 90045 | 310-738-9561 | Hudson | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Ted | | Jung | ted@parkviewfinancial.com | | 11440 San Vicente Blvd | 2nd FL | Los Angeles | CA | 90049 | 3.11E+09 | Parkview Financial | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Tukisha | | Knox | tknox@herrick.com | Herrick, Feinstein LLP | Two Park Avenue | | New York | NY | 10016 | 2.13E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Neal | M. | Kronley | neal.kronley@us.dlapiper.com | DLA Piper LLP (US) | 1251 Avenue of the Americas | | New York | NY | 10020 | 2.12E+09 | Debtors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Owen | H | Lamb | owenhlamb@aol.com | | 353 West 58th Street | The Hudson 1916 | New York | NY | 10019 | 9.18E+09 | Self | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Adam | G. | Landis | landis@lrclaw.com | Landis Rath & Cobb LLP | 919 Market Street | Suite 1800 | Wilmington | DE | 19801 | 302-467-4400 | 356W58 Ground Lessor LLC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Landis Rath & Cobb LLP | | Landis Rath & Cobb LLP | ford@lrclaw.com | Landis Rath & Cobb LLP | 919 Market Street | Suite 1800 | Wilmington | DE | 19899 | 3.02E+09 | 356W58 Ground Lessor LLC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Randi | | Love | rlove@bloombergindustry.com | Bloomberg Industry Group | 1801 S Bell St | | Arlington | VA | 22202 | 3.24E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Andrew | | Matott | matott@sewkis.com | Seward & Kissel LLP | One Battery Park Plaza | | New York | NY | 10004 | 2.13E+09 | Official Committee of Unsecured Creditors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Matthew | B. | McGuire | mcguire@lrclaw.com | Landis Rath & Cobb LLP | P.O. Box 2087 | 919 Market Street, Suite 1800 | Wilmington | DE | 19899 | 302-467-4400 | 356W58 Ground Lessor LLC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |

| First | Middle | Last | Email | Firm | Address | Suite | City | State | Zip | Phone | Representing | Case | Debtor | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nicole | | McLemore | nicole.mclemore@us.dlapiper.com | DLA Piper LLP (US) | 200 South Biscayne Boulevard | Suite 2500 | Miami | FL | 33131 | 3.05E+09 | Debtors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Jillian | | McMillan | jillianmcmillan@paulhastings.com | Paul Hastings LLP | 200 Park Avenye | | New York | NY | 10166 | 212-318-6000 | Fitness International, LLC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Eric | J. | Monzo | emonzo@morrisjames.com | Morris James LLP | 3205 Avenue North Blvd. | Suite 100 | Wilmington | DE | 19803 | 302-888-6800 | Official Committee of Unsecured Creditors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Max | | Nipon | nipon@mspcm.com | Montgomery Street Partners | 2801 N. Harwood Street | Suite 1200 | Dallas | TX | 75201 | 2.15E+09 | 356W58 Ground Lessor LLC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Robert | | Nussbaum | robertnussbaum@paulhastings.com | Paul Hastings LLP | 200 Park Avenue | | New York | NY | 10166 | 212-318-6000 | Fitness International, LLC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Jessica | | O&#039;Connor | joconnor@morrisjames.com | Morris James LLP | 3205 Avenue North Blvd | Suite 100 | Wilmington | DE | 19803 | 3.03E+09 | Official Committee of Unsecured Creditors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| James | E | O&#039;Neill | joneill@pszjlaw.com | Pachulski Stang Ziehl & Jones LLP | 919 North Market Street, 17th Floor | | Wilmington | DE | 19801 | 302-652-4100 | Parkview Financial | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Patrick | | OConnor | poconnor@adstach.com | ADLER & STACHENFELD LLP | 555 Madison Avenue | 6th floor | New York | NY | 10022 | 2.13E+09 | 356W58 Ground Lessor LLC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Luke | | Pak | pak@mspcm.com | Montgomery Street Partners | 2801 N. Harwood Street | Suite 1200 | Dallas | TX | 75201 | 2.15E+09 | 356W58 Ground Lessor LLC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Hiren | | Patel | hpatel@herrick.com | Herrick, | Two Park Avenue | | New York | NY | 07305 | 2.13E+09 | Taconic Advisors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Jeffrey | | Pomerantz | jpomerantz@pszjlaw.com | Pachulski Stang Ziehl & Jones | 10100 Santa Monica Boulevard | 13th Floor | Los Angeles | CA | 90067 | 3.11E+09 | Parkview Financial | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Tess | | Radunovich | tessr4444@yahoo.com | | 353 West 57th Street Apt. 1546 | | New York | NY | 10019 | 9.17E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Paul | | Rahimian | paul@parkviewfinancial.com | | 11440 San Vicente Blvd | 2nd FL | Los Angeles | CA | 90049 | 3.11E+09 | Parkview Financial | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| David | M. | Riley | david.riley@us.dlapiper.com | DLA Piper LLP (US) | 1251 Avenue of the Americas | | New York | NY | 10020 | 2.12E+09 | Debtors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |

| First | Middle | Last | Email | Firm | Address | Suite/Floor | City | State | Zip | Phone | Client | Case | Debtor | Format |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Caleb | B. | Roche | caleb.roche@us.dlapiper.com | DLA Piper LLP (US) | 1251 Avenue of the Americas | | New York | NY | 10020 | 2.12E+09 | Debtors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Samantha | L. | Rodriguez | srodriguez@morrisjames.com | Morris James LLP | 3205 North Blvd. | Suite 100 | Wilmington | DE | 19803 | 302-888-6800 | Official Committee of Unsecured Creditors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Adam | | Rosen | arosen@provincefirm.com | Province | 445 Park Ave | | New York | NY | 10022 | 702-879-4937 | UCC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Adam M | | Rosen | arosen@provincefirm.com | Province | 445 Park Ave | 10th Floor | NY | NY | 10021 | 9.74E+09 | UCC | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Robert | | Salame | rsalame@vedderprice.com | Vedder Price P.C. | 1633 Broadway | 31st Floor | New York | NY | 10019 | 2.12E+09 | Alberto Smeke Saba and Salomon Smeke Saba | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Matt | | Schermerhorn | schermerhorn@mspcm.com | Montgomery Street Partners | 2801 N. Harwood Street | Suite 1200 | Dallas | TX | 75201 | 2.15E+09 | 356W58 Ground Lessor LLC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Roger | G | Schwartz | rogerschwartz@paulhastings.com | Paul Hastings LLP | 200 Park Avenue | | New York | NY | 10166 | 212-318-6000 | Fitness International, LLC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Stephen | B. | Selbst | sselbst@herrick.com | Herrick, Feinstein LLP | 2 Park Avenue | | New York | NY | 10016 | 212-592-1400 | Taconic Advisors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| David | | Simonds | david.simonds@hoganlovells.com | | 1999 Avenue of the Stars | | Los Angeles | CA | 90067 | 3.11E+09 | Parkview Financial | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Aaron | H. | Stulman | astulman@potteranderson.com | Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | | Wilmington | DE | 19801 | 302-984-6081 | Fitness International, LLC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Vince | | Sullivan | vince.sullivan@law360.com | Law360 | 111 W. 19th Street | | New York | NY | 10011 | 3.02E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Alex | | Torio | atorio@provincefirm.com | Province | 16830 Ventura Blvd | Ste 300 | Encino | CA | 91436 | 9.18E+09 | UCC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Nick | | Twyman | ntwyman@provincefirm.com | Province | 16830 Ventura Blvd | Ste 300 | Encino | CA | 91436 | 2.13E+09 | UCC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Soumya | Parvathi | Venkateswaran | venkateswaran@lrclaw.com | Landis Rath & Cobb LLP | 919 North Market Street | Suite 1800 | Wilmington | DE | 19801 | 302-467-4445 | 356W58 Ground Lessor LLC | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Gerrick | | Warrington | gwarrington@frandzel.com | Frandzel | 1000 Wilshire Blvd. 19th Fl. | | Los Angeles | CA | 90217 | 6.15E+09 | Western Alliance Bank | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Colleen | | Wenke | cwenke@tacon.com | | 2 Park Avenue | | New York | NY | 10016 | 2.13E+09 | Taconic Advisors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |

| First | MI | Last | Email | Firm | Address | Address 2 | City | State | Zip | Phone | Party | Case | Debtor | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Maria | | Whalen | whalen@chipmanbrown.com | Chipman Brown Cicero & Cole | 1313 North Market Street | Suite 5400 | Wilmington | DE | 19801 | 3.02E+09 | Debtors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Alex | | Wittenberg | alex.wittenberg@law360.com | | 111 W. 19th St. | | New York | NY | 10011 | 7.16E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |
| Richard | | Wynne | richard.wynne@hoganlovells.com | | 1999 Avenue of the Stars | | Los Angeles | CA | 90067 | 3.11E+09 | Parkview Financial | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| Andy | B. | Zlotnick | azlotnick@tacon.com | | 2 Park Avenue | | New York | NY | 10016 | 2.13E+09 | Taconic Advisors | 25-11853-KBO | Hudson 1701/1706, LLC | Video and Audio |
| David | | Zubkis | legalteam@octus.com | | 11 E 26th St | | New York | NY | 10010 | 7.19E+09 | | 25-11853-KBO | Hudson 1701/1706, LLC | Audio Only |