**<u>EXHIBIT 2</u>**

**From:** Salame, Robert <Robert.Salame@klgates.com>
**Sent:** Monday, May 19, 2025 9:00 PM
**To:** Kronley, Neal <neal.kronley@us.dlapiper.com>; Shepherd, Gerald <Gerald.Shepherd@us.dlapiper.com>
**Cc:** Ashley Doukas <ADoukas@adstach.com>; Danielle Ash <dash@adstach.com>; Paul Rahimian <paul@parkviewfinancial.com>; Ted Jung <ted@parkviewfinancial.com>; Salo Smeke <ss@cscre.us>; Max Bartmann <bartmann@mspcm.com>; Gibson, John <John.Gibson@us.dlapiper.com>; Max Nipon <nipon@mspcm.com>; Edwin Tang <edwin@tangstudiollc.com>; Alberto Smeke <as@cscre.us>; YuhTyng Patka <YPatka@adstach.com>; Leonidas Milas <Leonidas@parkviewfinancial.com>; Keaton Dickinson <keaton@parkviewfinancial.com>; dcabrera@borahgoldstein.com
**Subject:** RE: [EXTERNAL] RE: Hudson Project: Draft Email to HPD
**Importance:** High

⚠ EXTERNAL MESSAGE

Neal and Gerald,

Attached for your review is a letter from the architect which includes, among other things, the prior DOB Objection list which now reflects all objections as "closed" with the exception of providing the HPD Permit Notice for Cure.

**As such, we are pleased to inform you that the DOB and HPD BLDS do not have any further comments to the plans**.

Accordingly, the J-1 Incentive Payment has been deemed earned. Also attached for your convenience is the Financial Agreement. Please confirm that Parkview will deposit the J-1 Incentive Payment (i.e., $12,500,000) into escrow no later than Tuesday, May 27, 2025.

Please let me know if you have any questions or comments.

Best,

Robert Salame



**Robert Salame**

Partner
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030
Office: 212.536.3904
Mobile: 917.494.9925