# EXHIBIT 3

**From:** Kronley, Neal <neal.kronley@us.dlapiper.com>
**Sent:** Wednesday, May 21, 2025 1:07 PM
**To:** Salame, Robert <Robert.Salame@klgates.com>; Shepherd, Gerald <Gerald.Shepherd@us.dlapiper.com>
**Cc:** Ashley Doukas <ADoukas@adstach.com>; Danielle Ash <dash@adstach.com>; Paul Rahimian <paul@parkviewfinancial.com>; Ted Jung <ted@parkviewfinancial.com>; Salo Smeke <ss@cscre.us>; Max Bartmann <bartmann@mspcm.com>; Gibson, John <John.Gibson@us.dlapiper.com>; Max Nipon <nipon@mspcm.com>; Edwin Tang <edwin@tangstudiollc.com>; Alberto Smeke <as@cscre.us>; YuhTyng Patka <YPatka@adstach.com>; Leonidas Milas <Leonidas@parkviewfinancial.com>; Keaton Dickinson <keaton@parkviewfinancial.com>; dcabrera@borahgoldstein.com; Roche, Caleb <Caleb.Roche@us.dlapiper.com>
**Subject:** RE: [EXTERNAL] RE: Hudson Project: Draft Email to HPD

Bobby,

Thanks for your email. We have reviewed the materials that you provided in connection with Section 3.3(a) of the Financing Agreement. Section 3.3(a) states as follows:

> If the Borrower shall so submit such materials to the Department of Buildings and each other applicable agency on or prior to April 25, 2025 and thereafter diligently use such commercially reasonable efforts to achieve the J-1 Unit Zoning Conversion ***and if the Department of Buildings and each other applicable agency enter into applicable required documentation confirming the granting and effectiveness of the J-1 Unit Zoning conversion on or before May 30, 2025*** (the "**Outside J-1 Hurdle Date**"), then the Guarantor, collectively, shall be deemed to have earned a fee in an amount equal to Twelve Million Five Hundred Thousand and no/100 Dollars ($12,500,000.00) (the "**J-1 Incentive Payment**") (it being understood and agreed that such fee shall not be payable if any of the non-SRO Units currently classified as "J-1 Units" is not subject to, or does not have the benefit of, the J-1 Unit Zoning Conversion).

Section 3.3(a) (emphasis added). Based on our review, the information provided does not reflect documentation confirming the granting and effectiveness of the J-1 Unit Zoning Conversion. Therefore, the conditions for earning the J-1 Incentive Payment have not been satisfied.

**However, and subject to satisfying the following conditions, Parkview is willing to deem the J-1 Incentive Payment earned and deposit the funds into escrow within five (5) business days of Parkview confirming that all the information described below has been provided and that such conditions have been satisfied.** Specifically, Borrower shall provide the following:

- Confirmation from JAM that all objections are closed and that the plans are approved to convert the J1 units to R2.  This should include backup from the DOB and any confirmation from the plan examiner.
- The DOB plan examiner should provide a note stating that all objections are resolved
- We appreciate the email from HPD that was enclosed; however, we have not seen communication from David Knight confirming the sufficiency of the materials submitted by Edwin Tang to him on May 15, 2025.  Please provide such confirmation from Mr. Knight.

To the extent necessary, Administrative Agent is willing to extend the Outside J-1 Hurdle Date by an additional fifteen days to the First J-1 Extension date, as defined in Section 3.3(a) of the Financing Agreement.

Separately, I sent you an email on May 16 and did not receive a response.  Please let us know the status of the drafts of the materials necessary to achieve the Cure Approval and Lifting of Stop Work Order.  Section 3.3(e) of the Financing Agreement requires the Guarantor to "submit to the Administrative Agent and Ground Lessor for its review and approval drafts of all submissions proposed to be made to, and drafts of all agreements proposed to be entered into with, HPD, the IH Unit, the New York City Department of Buildings or any other applicable agency, . . .

As you know Section 3.3(b) of the Financing Agreement requires the Borrower to "submit to HPD, the IH Unit and each other applicable agency, on or before May 30, 2025 (the "HPD Submission Date"), all materials necessary to achieve the Cure Approval and Lifting of Stop Work Order," as such terms are defined in the Financing Agreement.  Section 2.3 of the Financing Agreement stipulates that "Time is of the Essence with respect to each and every term and condition set forth in this Agreement."

Please provide these materials for our review ASAP so that they may be submitted by the HPD Submission Date as we are eager to advance the Project.

Neal Kronley
Of Counsel

T  +1 212 335 4584
F  +1 917 778 8584
M  +1 917 757 5283
neal.kronley@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com