**EXHIBIT 4**

**From:** Salame, Robert <Robert.Salame@klgates.com>
**Sent:** Wednesday, May 21, 2025 4:48 PM
**To:** Kronley, Neal <neal.kronley@us.dlapiper.com>; Shepherd, Gerald <Gerald.Shepherd@us.dlapiper.com>
**Cc:** Ashley Doukas <ADoukas@adstach.com>; Danielle Ash <dash@adstach.com>; Paul Rahimian <paul@parkviewfinancial.com>; Ted Jung <ted@parkviewfinancial.com>; Salo Smeke <ss@cscre.us>; Max Bartmann <bartmann@mspcm.com>; Gibson, John <John.Gibson@us.dlapiper.com>; Max Nipon <nipon@mspcm.com>; Edwin Tang <edwin@tangstudiollc.com>; Alberto Smeke <as@cscre.us>; YuhTyng Patka <YPatka@adstach.com>; Leonidas Milas <Leonidas@parkviewfinancial.com>; Keaton Dickinson <keaton@parkviewfinancial.com>; dcabrera@borahgoldstein.com; Roche, Caleb <Caleb.Roche@us.dlapiper.com>
**Subject:** RE: [EXTERNAL] RE: Hudson Project: Draft Email to HPD

⚠️ EXTERNAL MESSAGE

Neal,

For reasons we previously discussed, I will not address each point of your email below.

Please see attached Letter from JAM and confirm that your first two bullet points below are resolved.

Best,

Robert Salame

**K&L GATES**

**Robert Salame**

Partner
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030
Office: 212.536.3904
Mobile: 917.494.9925

Fax: 212.536.3901
robert.salame@klgates.com
www.klgates.com