**EXHIBIT 5**

Case 25-52468-KBO    Doc 42-5    Filed 02/03/26    Page 1 of 2

**From:** Kronley, Neal <neal.kronley@us.dlapiper.com>
**Sent:** Thursday, May 22, 2025 2:38 PM
**To:** Salame, Robert <Robert.Salame@klgates.com>; Shepherd, Gerald <Gerald.Shepherd@us.dlapiper.com>
**Cc:** Ashley Doukas <ADoukas@adstach.com>; Danielle Ash <dash@adstach.com>; Paul Rahimian <paul@parkviewfinancial.com>; Ted Jung <ted@parkviewfinancial.com>; Salo Smeke <ss@cscre.us>; Max Bartmann <bartmann@mspcm.com>; Gibson, John <John.Gibson@us.dlapiper.com>; Max Nipon <nipon@mspcm.com>; Edwin Tang <edwin@tangstudiollc.com>; Alberto Smeke <as@cscre.us>; YuhTyng Patka <YPatka@adstach.com>; Leonidas Milas <Leonidas@parkviewfinancial.com>; Keaton Dickinson <keaton@parkviewfinancial.com>; dcabrera@borahgoldstein.com; Roche, Caleb <Caleb.Roche@us.dlapiper.com>
**Subject:** RE: [EXTERNAL] RE: Hudson Project: Draft Email to HPD

Bobby,

We have reviewed the materials you enclosed with your email yesterday at 4:48pm and confirm that they satisfy the first two bullet points in my email from yesterday at 1:07pm.

Neal

### Neal Kronley
Of Counsel

T  +1 212 335 4584
F  +1 917 778 8584
M  +1 917 757 5283
neal.kronley@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com