**EXHIBIT 6**

**From:** Salame, Robert
**Sent:** Friday, May 30, 2025 3:36 PM
**To:** Kronley, Neal <neal.kronley@us.dlapiper.com>; Shepherd, Gerald <Gerald.Shepherd@us.dlapiper.com>
**Cc:** Ashley Doukas <ADoukas@adstach.com>; Danielle Ash <dash@adstach.com>; Paul Rahimian <paul@parkviewfinancial.com>; Ted Jung <ted@parkviewfinancial.com>; Salo Smeke <ss@cscre.us>; Max Bartmann <bartmann@mspcm.com>; Gibson, John <John.Gibson@us.dlapiper.com>; Max Nipon <nipon@mspcm.com>; Edwin Tang <edwin@tangstudiollc.com>; Alberto Smeke <as@cscre.us>; YuhTyng Patka <YPatka@adstach.com>; Leonidas Milas <Leonidas@parkviewfinancial.com>; Keaton Dickinson <keaton@parkviewfinancial.com>; dcabrera@borahgoldstein.com; Roche, Caleb <Caleb.Roche@us.dlapiper.com>
**Subject:** RE: [EXTERNAL] RE: Hudson Project: Draft Email to HPD
**Importance:** High

Neal,

Attached for your review is email correspondence from the HPD to Edwin Tang (the architect), which we believe resolves your final bullet point from your email on Wednesday, May 21, 2025 1:07 PM.

Please also confirm that Parkview now recognizes the J-1 Incentive Payment as having been earned, and that Parkview will deposit the J-1 Incentive Payment (i.e., $12,500,000) into escrow no later than Friday, June 6, 2025.

Please let me know if you have any questions or comments.

Best,

Robert Salame



**Robert Salame**

Partner
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030
Office: 212.536.3904
Mobile: 917.494.9925

Fax: 212.536.3901
robert.salame@klgates.com
www.klgates.com