# **EXHIBIT 7**

Hi Neal and Gerald,

Following up on the below and tried calling you. How do we move this forward?

Best,
Robert Salame

**Robert Salame,** Shareholder

VedderPrice

T +1 212 407 6941
M +1 917 494 9925
1633 Broadway, 31st Floor, New York, New York 10019
web | email | offices | biography

**From:** Salame, Robert
**Sent:** Wednesday, June 4, 2025 10:10 AM
**To:** neal.kronley@us.dlapiper.com; Gerald.Shepherd@us.dlapiper.com
**Cc:** ADoukas@adstach.com; dash@adstach.com; paul@parkviewfinancial.com; ted@parkviewfinancial.com; Smeke Salo <ss@cscre.us>; bartmann@mspcm.com; John.Gibson@us.dlapiper.com; nipon@mspcm.com; edwin@tangstudiollc.com; Alberto Smeke <as@cscre.us>; YPatka@adstach.com; Leonidas@parkviewfinancial.com; keaton@parkviewfinancial.com; dcabrera@borahgoldstein.com; Caleb Roche <Caleb.Roche@us.dlapiper.com>
**Subject:** RE: [EXT] Fwd: RE: [EXTERNAL] RE: Hudson Project: Draft Email to HPD

Hi Neal and Gerald,

I recently moved to Vedder Price and continue to represent CSC. Moving forward, please contact me here through the contact information below.

Please let me know when you have time to connect on this.

Best,
Robert Salame

**Robert Salame,** Shareholder

VedderPrice

T +1 212 407 6941
M +1 917 494 9925
1633 Broadway, 31st Floor, New York, New York 10019
web | email | offices | biography