# **EXHIBIT 9**

Fri 6/6/2025 6:43 PM

Neal,

Your email is shocking in that it is both: (i) another bad faith attempt to renegotiate the conditions of the J-1 Incentive Payment, and (ii) reflective of a complete lack of understanding as to how the DOB and HPD operate. Additionally, your offer to escrow funds pursuant to unknown terms, is of no interest to us. While we would have never agreed to this, the offer follows the three new conditions to fund the J-1 Incentive Payment into escrow you presented on May 21. Of course, all three conditions were timely satisfied and instead of Parkview funding, you are baselessly claiming your May 21 offer and conditions (which Borrower acted on) could not be relied upon. To be clear, the J-1 Incentive Payment was earned on May 19 and payable into escrow no later than May 27. Borrower separately satisfied Parkview's new conditions in the time frame provided in your May 21 email (correspondence attached for your convenience). Given that Parkview failed to fund the J-1 Incentive Payment into escrow by May 27, or by today at 5:00 p.m., Parkview is in material breach of the Agreement (attached) and the May 21 email. Parkview's continuous failure satisfy its funding obligations (which we understand is systematic across Parkview's borrowers) is precisely why Borrower insisted upon staged "payment certainty" when entering into the Agreement.

**DEMAND IS HEREBY MADE THAT PARKVIEW FUND THE J-1 INCENTIVE PAYMENT INTO ESCROW BY MONDAY JUNE 9, 2025**.

Further, Borrower never mislead Parkview that it would achieve the J-1 Conversion by purchasing a light and air easement. In fact, the Agreement is clear that Borrower might not pursue such easement. The Agreement provides for certain payments "**[i]f such efforts include the purchase of a light and air easement**". It obviously therefore follows that achieving the J-1 Conversion may not include such efforts. The notion that Parkview would have attempted to structure the incentives differently if it knew which route Borrower would take does not give Parkview the right to unilaterally attempt to restructure the incentives now.

This is also not the first time you are wrongly attempting to link payment of the J-1 Incentive Fee to documents being "entered into" with government agencies as if they are contracts. Each time I asked you what documents you were referring to, you could not identify any. Not a single document. That is because, as we have explained to you on multiple occasions, there is no documentation for HPD or DOB to "enter into". The applicable documentation referred to in the Agreement is what we provided. We separately had JAM confirm that in writing, which we sent you on May 21. The final applicable documentation required under the Agreement was submitted you via email on May 19. The documentation evidenced the DOB Objection List reflecting all Objections as "closed" with the exception of providing the HPD Permit Notice for Cure (which is not tied to the J-1 Incentive Payment and is instead a condition for the Cure Approval Incentive Payment).  As set forth in my May 19 email, the J-1 Incentive Payment was earned on May 19 and payable into escrow no later than Tuesday, May 27. Notwithstanding the foregoing, Parkview attempted to unilaterally impose three new conditions to funding the J-1 Incentive Payment on May 21. The next day, you confirmed via email that two out of three of the new conditions were satisfied. The last condition was satisfied on May 30 with evidence emailed to you at 3:36 p.m. and additional evidence at 4:20 p.m. on the same day. Your failure to acknowledge the confirmation email, or the two follow up emails (chain attached), does not change the fact that the conditions were satisfied.

Please be advised that we will follow up more formally next week and intend to enforce all of the Borrower Parties' rights and remedies.

The Borrower Parties continue to reserve all rights and remedies whether at law or in equity and waive none.

Best,
Robert Salame

**Robert Salame,** Shareholder

VedderPrice

T +1 212 407 6941
M +1 917 494 9925

1633 Broadway, 31st Floor, New York, New York 10019
web | email | offices | biography