**From:** Carl Dulay <carl@parkviewfinancial.com>
**Sent:** Tuesday, August 12, 2025 5:50 PM
**To:** Andrew Jaeger <ajaeger@firstam.com>; Salame, Robert <rsalame@vedderprice.com>; Shepherd, Gerald <Gerald.Shepherd@us.dlapiper.com>; Paul Rahimian <paul@parkviewfinancial.com>; Kronley, Neal <neal.kronley@us.dlapiper.com>
**Cc:** Ted Jung <ted@parkviewfinancial.com>; Alberto Smeke <as@cscre.us>; ss@cscre.us <ss@cscre.us>; Shelliza Lallmohamed <SLallmohamed@firstam.com>
**Subject:** [External] Re: Escrow- Hudson Hotel

Hi,

Wire was sent.  Fed Ref 20250812MMQFMPXM003745

Thanks



**Carl Dulay**
Vice President, Controller



P   310-996-8999 x109
E   carl@parkviewfinancial.com

**Parkview Financial**
11440 San Vicente Blvd. 2nd Fl
Los Angeles, CA 90049

**vCard** | **Website** | **News** | **Instagram**