## **CERTIFICATE OF SERVICE**

I, Matthew P. Ward, do hereby certify that, on February 3, 2026, I caused a copy of *Alberto Smeke Saba, Salomon Smeke Saba and CSC Hudson LLC's Answer to Complaint for Interpleader with Affirmative Defenses and Counterclaim* to be served via the Court's Electronic Filing (CM/ECF) system on all parties registered to receive electronic notices in this case, and upon the parties listed below in the manner indicated.

**Via Email**

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Jennifer R. Hoover
Juan E. Martinez
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Email: jhoover@beneschlaw.com
           jmartinez@beneschlaw.com

*Counsel to First American
Title Insurance Company*

**Via Email**

DENTONS US LLP
Lynn P. Harrison III
1221 Avenue of the Americas
New York, New York 10020
Email: lynn.harrisoniii@dentons.com

*Counsel to First American
Title Insurance Company*

**Via Email**

DENTONS US LLP
Elizabeth T. Ferrick
101 South Hanley Road Suite 600
St. Louis, Missouri 63105
Email: elizabeth.ferrick@dentons.com

*Counsel to First American
Title Insurance Company*

**Via Email**

Malcolm M Bates
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, Delaware 19801
Email: malcolm.m.bates@usdoj.gov

**Via Email**

CHIPMAN BROWN CICERO & COLE, LLP
William E. Chipman, Jr.
Mark D. Olivere
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Email: chipman@chipmanbrown.com
           olivere@chipmanbrown.com

*Counsel to the Debtors*

**Via First-Class Mail**

HOGAN LOVELLS US LLP
Richard Wynne
David P. Simonds
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067

*Counsel to the Administrative Agent*

| | |
|---|---|
| **<u>Via First-Class Mail</u>** | **<u>Via First-Class Mail</u>** |
| First American Title Insurance Company<br>Andrew Jaeger<br>666 Third Avenue<br>New York, NY 10017 | Parkview Financial REIT, LP<br>Paul Rahimian and Ted Jung<br>11440 San Vicente Boulevard, 2nd Floor<br>Los Angeles, CA 90049 |
| *Escrow Agent* | *Administrative Agent* |

*/s/ Matthew P. Ward*
Matthew P. Ward (DE No. 4471)