## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hudson 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered) |
| FIRST AMERICAN TITLE INSURANCE COMPANY, solely as Escrow Agent and not in its individual capacity,<br><br>Plaintiff,<br><br>v.<br><br>HUDSON 1701/1706, LLC, HUDSON 1702, LLC, ALBERTO SMEKE SABA, SALOMON SMEKE SABA, CSC HUDSON LLC and PARKVIEW FINANCIAL REIT, LP,<br><br>Defendants. | Adv. Pro. No. 25-52468 (KBO) |

### CERTIFICATION OF COUNSEL REGARDING PROPOSED SCHEDULING ORDER OF PARKVIEW FINANCIAL REIT, LP

The undersigned counsel of Defendant-Crossclaim Plaintiff Parkview Financial REIT, LP ("Parkview") hereby certifies that:

1. On February 9, 2026, Plaintiff First American Title Insurance Company ("First American") filed a proposed scheduling order [Dkt. No. 46] (the "First American Proposed Scheduling Order") for the above-captioned adversary proceeding (the "Adversary Proceeding").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' mailing address is c/o FTI Consulting, Inc. Attn: Alan Tantleff, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

2. On February 10, 2026, Defendants-Crossclaim Defendants Alberto Smeke Saba, Salomon Smeke Saba and CSC Hudson LLC (collectively, "Guarantors") filed a proposed scheduling order [Dkt. No. 49] (the "Guarantors Proposed Scheduling Order") for the Adversary Proceeding.

3. Under both the First American Proposed Scheduling Order and the Guarantors Proposed Scheduling Order, the outside deadline for the completion of fact discovery would be October 16, 2026, eight months from now; the outside deadline for the completion of expert discovery would be February 19, 2027, 12 months from now; the outside deadline for fully submitted dispositive motions would be June 4, 2027, 16 months from now; and the Adversary Proceeding would not be set for trial until sometime after July 2027, 17 months from now.

4. On February 10, 2026, Parkview proposed a schedule (the "Parkview Proposed Scheduling Order") to the other parties to the Adversary Proceeding. That same day, Debtors Hudson 1701/1706, LLC and Hudson 1702, LLC ("Debtors") indicated their approval of the Parkview Proposed Scheduling Order.

5. Under the Parkview Proposed Scheduling Order, fact discovery would conclude on July 1, 2026, expert discovery would conclude on October 2, 2026, dispositive motions would be fully briefed on December 11, 2026, and the Adversary Proceeding could be set for trial as early as mid-December 2026.

6. Because the Parkview Proposed Scheduling Order provides for the efficient and prompt resolution of the Adversary Proceeding, Parkview respectfully requests that the Court enter the Parkview Proposed Scheduling Order, a copy of which is annexed hereto as **Exhibit A**.

WHEREFORE, Parkview respectfully requests that the Court enter the Parkview Proposed Scheduling Order setting the schedule for the Adversary Proceeding, substantially in the form attached hereto as **Exhibit A,** at the Court's earliest convenience.

| | |
|---|---|
| Dated: February 11, 2026<br>Wilmington, DE | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>/s/ *James E. O'Neill*<br>James E. O'Neill (DE Bar No. 4042)<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-4100<br>Email: joneill@pszjlaw.com<br><br>-and-<br><br>**HOGAN LOVELLS US LLP**<br>Richard L. Wynne (*pro hac vice*)<br>David P. Simonds (*pro hac vice*)<br>Edward McNeilly (*pro hac vice*)<br>1999 Avenue of the Stars<br>Los Angeles, California 90067<br>Telephone: (310) 785-4600<br>Email: richard.wynne@hoganlovells.com<br>Email: david.simonds@hoganlovells.com<br>Email: edward.mcneilly@hoganlovells.com<br><br>Christopher R. Bryant (*pro hac vice*)<br>Patrick N. Petrocelli (*pro hac vice*)<br>390 Madison Avenue<br>New York, New York 10017<br>Telephone: (212) 918-3000<br>Email: chris.bryant@hoganlovells.com<br>Email: patrick.petrocelli@hoganlovells.com<br><br>*Counsel to Defendant Parkview Financial REIT, LP* |