# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HUDSON 1701/1706, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11853 (KBO)<br><br>(Jointly Administered) |
| FIRST AMERICAN TITLE INSURANCE COMPANY, solely as Escrow Agent and not in its individual capacity,<br><br>Plaintiff,<br><br>v.<br><br>HUDSON 1701/1706, LLC, HUDSON 1702, LLC, ALBERTO SMEKE SABA, SALOMON SMEKE SABA, CSC HUDSON LLC, and PARKVIEW FINANCIAL REIT, LP,<br><br>Defendants. | Adv. No. 25-52468 (KBO)<br><br>**RE: A.D.I. 46, 49, 50** |

## CERTIFICATION OF COUNSEL REGARDING
## JOINT PROPOSED SCHEDULING ORDER

The undersigned counsel for Plaintiff First American Title Insurance Company, solely in its capacity as escrow agent ("First American"), hereby certifies that:

1. On October 22, 2025, Hudson 1701/1706, LLC, and Hudson 1702, LLC (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190).

28251615

2. On December 18, 2025, First American commenced the above-captioned action for interpleader [A.D.I. 1] (the "Interpleader Complaint") as to the right sum of $1,637,500.00, less fees and expenses due to First American.

3. On February 3, 2026, Defendants Alberto Smeke Saba, Salomon Smeke Saba, and CSC Hudson LLC (the "Objecting Parties") filed *Alberto Smeke Saba, Salomon Smeke Saba and CSC Hudson LLC's Answer to Complaint for Interpleader with Affirmative Defenses and Counterclaim* [A.D.I. 42].

4. On February 3, 2026, Defendants Hudson 1701/1706, LLC and Hudson 1702, LLC (the "Debtors") filed *Defendants Hudson 1701/1706, LLC and Hudson 1702, LLC's Answer to the Interpleader Complaint and Crossclaims* [A.D.I. 43]

5. On February 3, 2026, Defendant Parkview Financial REIT, LP ("Parkview") filed its *Answer to Complaint for Interpleader, Affirmative Defenses, and Crossclaims of Defendant Parkview Financial REIT, LP* [A.D.I. 44].

6. In accordance with Local Rule 7016-1(a), counsel for all parties met and conferred on February 5, 2026 to discuss a proposed scheduling order for the above-captioned adversary proceeding. The Parties were unable to agree on a proposed scheduling order prior to First American's deadline to file such scheduling order on or before February 9, 2026. As such, First American filed its proposed scheduling order on February 9, 2026 (*see* A.D.I. 46), and competing scheduling orders were filed on February 10, 2026, by the Objecting Parties (*see* A.D.I. 49) and Parkview (*see* A.D.I. 50).

7. Counsel for First American, the Objecting Parties, Parkview, and Debtors have since engaged in further good-faith discussions in furtherance of setting a schedule and deadlines for the Interpleader Action. First American hereby submits a revised proposed scheduling order

attached hereto as **Exhibit A** (the "Proposed Scheduling Order"). A blackline of the Proposed Scheduling Order compared against First American's original proposed scheduling order is attached hereto as **Exhibit B**.

8. Counsel for the Debtors, the Objecting Parties, and Parkview have agreed that the Proposed Scheduling Order may be submitted under certification of counsel for approval of the Court.

WHEREFORE, First American respectfully requests that the Court enter the Proposed Scheduling Order setting the schedule for this Interpleader Action, substantially in the form attached hereto as **Exhibit A**, at the Court's earliest convenience.

[*Signature block on following page.*]

| | |
|---|---|
| Dated: February 12, 2026 | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |

 */s/ Jennifer R. Hoover*
Jennifer R. Hoover, Esq. (DE No. 5111)
Juan E. Martinez, Esq. (DE No. 6863)
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7006
Email: jhoover@beneschlaw.com
          jmartinez@beneschlaw.com

-and-

**DENTONS US LLP**

Lynn P. Harrison III, Esq. (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: lynn.harrisoniii@dentons.com


Elizabeth T. Ferrick, Esq. (admitted *pro hac vice*)
101 South Hanley Road
Suite 600
St. Louis, Missouri 63105
Telephone: (314) 259-5910
Email: elizabeth.ferrick@dentons.com

*Counsel to First American Title Insurance Company*