# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HUDSON 1701/1706, LLC, *et al.*, | Case No. 25-11853 (KBO) |
| Debtors. | (Jointly Administered) |
| FIRST AMERICAN TITLE INSURANCE COMPANY, solely as Escrow Agent and not in its individual capacity, | Adv. Proc. No. 25-52468 (KBO) |
| Plaintiff, | |
| v. | |
| HUDSON 1701/1706, LLC, HUDSON 1702, LLC, ALBERTO SMEKE SABA, SALOMON SMEKE SABA, CSC HUDSON LLC, and PARKVIEW FINANCIAL REIT, LP, | |
| Defendants. | |
| HUDSON 1701/1706, LLC, HUDSON 1702, LLC and PARKVIEW FINANCIAL REIT, LP, | |
| Cross-Plaintiffs, | |
| v. | |
| ALBERTO SMEKE SABA; SALOMON SMEKE SABA; and CSC HUDSON LLC, | |
| Cross-Defendants. | |
| ALBERTO SMEKE SABA; SALOMON SMEKE SABA; and CSC HUDSON LLC, | |
| Counter-Plaintiffs, | |
| v. | |
| HUDSON 1701/1706, LLC, HUDSON 1702, LLC and PARKVIEW FINANCIAL REIT, LP, | |
| Counter-Defendants. | |

## NOTICE OF SERVICE OF GUARANTOR PARTIES' INITIAL DISCLOSURES

**PLEASE TAKE NOTICE** that on March 5, 2026, Defendant Alberto Smeke Saba, Salomon Smeke Saba and CSC Hudson LLC (together, the "Guarantor Parties"), by and through undersigned counsel, caused a copy of *Guarantor Parties' Initial Disclosures* to be served upon the following via email:

**Via Email**

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Jennifer R. Hoover
Juan E. Martinez
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Email: jhoover@beneschlaw.com
           jmartinez@beneschlaw.com

*Counsel to First American
Title Insurance Company*

**Via Email**

DENTONS US LLP
Lynn P. Harrison III
1221 Avenue of the Americas
New York, New York 10020
Email: lynn.harrisoniii@dentons.com

*Counsel to First American
Title Insurance Company*

**Via Email**

DENTONS US LLP
Elizabeth T. Ferrick
101 South Hanley Road Suite 600
St. Louis, Missouri 63105
Email: elizabeth.ferrick@dentons.com

*Counsel to First American
Title Insurance Company*

**Via Email**

PACHULSKI STANG ZIEHL & JONES LLP
James E. O'Neill
Jeffrey N. Pomerantz
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Email: joneill@pszjlaw.com
           jpomerantz@pszjlaw.com

*Counsel to Defendant Parkview Financial
       REIT, LP*

**Via Email**

CHIPMAN BROWN CICERO & COLE, LLP
William E. Chipman, Jr.
Mark D. Olivere
Hercules Plaza

**Via Email**

BOIES SCHILLER FLEXNER LLP
Robert Gordon
Michael M. Fay
Jenny H. Kim
Jeffrey P. Waldron

2

<div style="display: flex;">
<div>

1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Email: chipman@chipmanbrown.com
      olivere@chipmanbrown.com

*Counsel to the Debtors*

</div>
<div>

Katherine Zhang
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
      mfay@bsfllp.com
      jkim@bsfllp.com
      jwaldron@bsfllp.com
      kzhang@bsfllp.com

*Counsel to the Debtors*

</div>
</div>

**Via Email**

HOGAN LOVELLS US LLP
Richard L. Wynne
David P. Simonds
Edward McNeilly
Patrick N. Petrocelli
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Email: richard.wynne@hoganlovells.com
      david.simonds@hoganlovells.com
      edward.mcneilly@hoganlovells.com
      patrick.petrocelli@hoganlovells.com

*Counsel to Defendant Parkview Financial REIT, LP*

*[Signature page follows]*

Dated: March 6, 2025

**WOMBLE BOND DICKINSON (US) LLP**

_/s/ Matthew P. Ward_
Matthew P. Ward (Del. Bar No. 4471)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: matthew.ward@wbd-us.com

-and-

**VEDDER PRICE P.C.**
Michael L. Schein, Esq.
Robert Salame, Esq.
David Rownd, Esq.
1633 Broadway, 31st Floor
New York, New York 10019
Telephone: (212) 407-7700
Facsimile:  (212) 407-7799
Email:  mschein@vedder.com
            rsalame@vedder.com
            drownd@vedder.com

*Counsel for Alberto Smeke Saba, Salomon Smeke Saba, and CSC Hudson LLC*